1 Your name: Ronisha Sharde
2 Address: 2 Varela Ave
3 San Francisco, CA 94132
4 Phone Number: (510) 418 - 8719
5 E-mail Address: ronishs.gaines@outlook.com
6 Pro se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division [check one]:  ☐ San Francisco  ☑ Oakland  ☐ San Jose  ☐ Eureka

| Ronisha Sharde | Case Number: 24: 07177 HSG |
|---|---|
| Plaintiff, | **ADMINISTRATIVE MOTION AND ORDER TO CHANGE DEADLINE FOR FILING** [document title] |
| vs. | |
| VIVIANNA BECERRA, et al., | |
| | Judge: Hon. HAYWOOD S. GILLIAM, JR. |
| Defendant. | |

1. The *[title of document]* Amended Complaint

is currently due on *[date]* 3/3/2025

2. I respectfully request that the Court change this deadline to *[ new date]* 4/3/2025

3. I have *[check box that applies]*:

    ☐ not already asked the Court to change this deadline.

    ☐ already asked the Court to change this deadline.

4. This change is necessary because *[explain]*:

The plaintiff has been experiencing interference with regard to obstruction of justice, invasion of privacy and tresspassing while attending university as a full-time student. The plaintiff has also been managing escalations within the poilce departments The plaintiff has had to go back and correct police reports after the reports were miscommunicated through the officer. These events have left little time to gather financial documents for the amended file.

5. I believe changing this deadline *[check one]*:

    ☑ will not affect any other deadlines.

    ☐ may affect these other deadlines and dates *[list anything else that may need to be rescheduled, such as a hearing related to the papers need to file]*:

6. The opposing side *[check box that applies and explain]*:

    ☐ has agreed to this change.

    ☐ has not agreed. I tried to obtain the opposing party's agreement to this change,

MOTION TO CHANGE DEADLINE FOR FILING
Amended Complaint

CASE NO. 24:07177 ; PAGE 2 OF 3 [*JDC TEMPLATE Rev.2017*]

but was unsuccessful. *[State who you tried to reach, when, and the person's response]*:

N/A

I declare under penalty of perjury that the above statements are true and correct.

Respectfully submitted,

Date: 03/03/2025         Signature:

Printed name: Ronisha Sharde

Pro Se

[*Do not write below this line*]

Good cause appearing, the motion is GRANTED.  The amended pleading deadline is extended to 4/3/2025.

IT IS SO ORDERED.

Date: 3/4/2025         [For Judge] *Haywood S. Gilliam, Jr.*
                       [Judge's name] Haywood S. Gilliam, Jr.
                       United States District Judge

MOTION TO CHANGE DEADLINE FOR FILING
Amended File

CASE NO. 24:07177                              ; PAGE 3  OF 3 [*JDC TEMPLATE Rev.2017*]