UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONISHA SHARDE,

    Plaintiff,

v.

VIVIANNA BECERRA, et al.,

    Defendants.

Case No. 24-cv-07177-HSG

**ORDER DISMISSING CASE**

The Court previously dismissed Plaintiff's original complaint and motion for leave to proceed *in forma pauperis* (IFP), Dkt. No. 2, but granted Plaintiff an opportunity to amend. *See* Dkt. No. 31 at 3. Plaintiff timely filed an amended complaint, Dkt. No. 32, which the Court dismissed for failure to state any viable claim. *See* Dkt. No. 37 at 2. The Court also concluded that granting further leave to amend would be futile. *See id.* Accordingly, the Court again denied Plaintiff's IFP motion, and informed her that to proceed with her case, she must pay the full $405 filing and administrative fee by June 3, 2025; otherwise, the case would be dismissed without prejudice to re-filing upon payment of the full filing fee. *See id.* at 2–3.

Plaintiff did not pay the filing fee by the June 3, 2025, deadline. The Court therefore **DISMISSES** this case without prejudice to re-filing upon Plaintiff's payment of the full filing fee. The Court also **DENIES** Dkt. No. 38, Plaintiff's motion to seal the case, because she has not met the high standard for sealing. *See* Civil L.R. 79-5; *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: June 4, 2025

HAYWOOD S. GILLIAM, JR.
United States District Judge